UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
──────────────────────────────────X

JEROME ALLAMBY,

            Plaintiff,

-against-

STATE OF NEW YORK; and STATE OF NEW           **CIVIL JUDGMENT**
YORK DEPARTMENT OF MOTOR VEHICLE,           06-CV-00217 (ARR)

            Defendants.
──────────────────────────────────X

        Pursuant to the order issued today by the undersigned dismissing the complaint, it is,

**ORDERED, ADJUDGED AND DECREED:** That the complaint is hereby dismissed. For purpose of any appeal, the Court certifies pursuant to 28 U.S.C. 1915 (a)(3) that any *in forma pauperis* appeal would not be taken in good faith.

                                                    ALLYNE R. ROSS
                                                    United States District Judge

Dated: Brooklyn, New York
       February 6, 2006